**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6148**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

ROBIN NEIL SNYDER,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine  C.  Blake,  District  Judge.
(1:07-cr-00155-CCB-1; 1:11-cv-03357-CCB)

_____

Submitted:  April 19, 2013              Decided:   May 2, 2013

_____

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Robin  Neil  Snyder,  Appellant  Pro  Se.    Martin  Joseph  Clarke,
Assistant  United  States  Attorney,  Baltimore,  Maryland,  for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robin Neil Snyder seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Snyder has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before this court and argument would not aid the decisional process.

DISMISSED